## Cundey *v.* Hall.

Argued Feb. 8, 1904.   Appeal, No. 137, Jan. T., 1903, by John H. Hall, from order of C. P. Delaware Co., March T., 1902, No. 127, dismissing exceptions to auditor's report in case of Conlin R. Cundey, Administrator of Sarah Ann Cundey, Deceased, v. Thomas C. Hall.   Before MITCHELL, C. J., DEAN, FELL, MESTREZAT and THOMPSON, JJ.   Affirmed.

OPINION BY MR. JUSTICE MESTREZAT, March 7, 1904:

For the reasons given in the opinion filed this day in the appeal of James A. McCullough at No. 138, January term, 1904, this decree is affirmed.